IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 0 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01210-BNB

TERRENCE EDWARD BELL, also known as
TERRENCE E. BELL,

        Applicant,

v.

BLAKE DAVIS, Warden or Acting Warden, et al.,

        Respondent.

_____

ORDER DISCHARGING SHOW CAUSE ORDER AND DRAWING CASE TO A
DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

_____

        On July 17, 2007, the Court ordered Applicant Terrence Edward Bell, also known

as Terrence E. Bell, to show cause within thirty days why the instant habeas corpus

application should not be denied.  On August 15, 2007, Mr. Bell submitted his

response.  The July 17 order to show cause will be discharged at this time.  The case

will be drawn to a district judge and to a magistrate judge.  Accordingly, it is

        ORDERED that the July 17, 2007 order to show cause is discharged.  It is

        FURTHER ORDERED that this case shall be drawn to a district judge and to a

magistrate judge.

        DATED September 10, 2007, at Denver, Colorado.

                                BY THE COURT:

                                 s/ Boyd N. Boland
                                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  07-cv-01210-BNB

Terrence Bell
Reg. No. 40708-037
Federal Det. Center
9595 W. Quincy Ave.
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _____9-10-07_____

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk