FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 19 2007

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01210-ZLW-MJW

TERRENCE EDWARD BELL, also known as
TERRENCE E. BELL,

       Applicant,

v.

BLAKE DAVIS, Warden or Acting Warden, et al.,

       Respondent.

## ORDER TO SHOW CAUSE

TO: The above-named respondent, Greetings:

WHEREAS, a certified application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 has been filed by the applicant, alleging that he is being held illegally, and:

WHEREAS, upon reading the application, good cause appears:

Now, therefore, IT IS ORDERED that you, the respondents, show cause by return in writing on or before _____October 18_____, 2007, why the application for a writ of habeas corpus should not be granted, with said return being filed with the Clerk of this Court at the United States Court House, 901 19th Street, Room A105, Denver, CO 80294.

IT IS FURTHER ORDERED that the applicant shall remain in custody and within the jurisdiction of this court until further order.

Dated: _____Sept. 19, 2007_____.

BY THE COURT:

_[signature]_
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01210-ZLW-MJW

Terrence Edward Bell
Reg. No. 40708-037
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

Blake Davis, Warden
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Synsvoll for service of process on Blake Davis; The United States Attorney General; and to the United States Attorney's Office: APPLICATION FOR WRIT OF HABEAS CORPUS FILED 07/02/07, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on  9-19-07 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk