IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-01210-ZLW-MJW

TERRENCE EDEWARD BELL, also known as TERRENCE E. BELL,

    Plaintiff,

v.

BLAKE DAVIS, Warden or Acting Warden, et al.,

    Defendant.

## ORDER

    After consideration of the case file herein and pursuant to D.C.COLO.LCivR 10.1, It is

    ORDERED that Plaintiff shall file a notice of change of address within five days of the date of any change of address, or this action may be dismissed.  It is

    FURTHER ORDERED that the Clerk shall mail copies of docket entries 32, 33, and a copy of this Order, to Plaintiff at the address below:

**FCI BUTNER MEDIUM II**
**FEDERAL CORRECTIONAL INSTITUTION**
**OLD NC HWY 75**
**BUTNER, NC 27509**

    DATED at Denver, Colorado, this 17th day of April, 2009.

BY THE COURT:

*/s/ Zita L. Weinshienk*
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court