IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01210-ZLW-MJW

TERRENCE EDWARD BELL, also known as TERRENCE E. BELL,

    Petitioner,

v.

BLAKE DAVIS, Warden or Acting Warden, et al.,

    Respondent.

_____

**ORDER**
_____

The matter before the Court is Petitioner's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2241 (Doc. No. 6).  This case was referred in its entirety to Magistrate Judge Kathleen M. Tafoya pursuant to D.C.COLO.LCivR 72.1C.  On March 24, 2009, the Magistrate Judge issued her Recommendation that Petitioner's application be denied and the action be dismissed with prejudice (Doc. No. 32).  Neither party filed objections to the Recommendation.

As required by 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the Court has reviewed *de novo* the Recommendation and accepts and adopts it in its entirety.  Accordingly, it is

ORDERED that Petitioner's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2241 (Doc. No. 6; July 2, 2007) is denied.

DATED at Denver, Colorado, this 15th day of May, 2009.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court